■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD MCFADDEN, Appellant. [696 NYS2d 832] —Application by the appellant, *inter alia*, for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 3, 1999 (*People v McFadden,* 261 AD2d 419), affirming a judgment of the County Court, Rockland County, rendered March 20, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., Thompson, Goldstein and Florio, JJ., concur.